# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 08-2605

———————

Randy Craig Teinert,              *
                                    *
        Appellant,          *
                                    *   Appeal from the United States
    v.                          *   District Court for the
                                    *   District of Minnesota.
Rachel K. Paulos,             *
                                    *   [UNPUBLISHED]
        Appellee.          *

———————

Submitted: August 3, 2009
Filed: August 14, 2009

———————

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

———————

PER CURIAM.

Randy Teinert appeals from the district court's[1] order dismissing his complaint for lack of jurisdiction and failure to state a claim. Upon de novo review, see Hastings v. Wilson, 516 F.3d 1055, 1058 (8th Cir. 2008), we conclude that dismissal was proper for the reasons stated by the district court. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

———————————————

———————————————

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.